# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRAMMELL MCGEE,** | : | **CIVIL NO. 1:18-CV-2212** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **DOUGLAS K. WHITE,** | : | |
| Respondent | : | |

# **ORDER**

AND NOW, this 8th day of July, 2019, upon consideration of petitioner's motions (Docs. 8, 9) for judgment, wherein he requests that the court construe all allegations in the habeas petition in his favor, based on respondent's alleged failure to file a response to the habeas petition, and it being evident that respondent has timely filed a response (see Doc. 7), it is hereby ORDERED that the motions (Docs. 8, 9) are DISMISSED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania